Certification dated January 21, 2013, filed in the Law Division in support of the Notice of Motion for Reconsideration of Motion for Protective Measures, (c) the Certification in Lieu of Transcript dated February 15, 2013, filed in the Appellate Division, and (d) the Certification dated February 25, 2013, filed in the Supreme Court in support of the Motion for Leave to Appeal and for Temporary Stay.

63 A.3d 225

STATE OF NEW JERSEY, PLAINTIFF–APPELLANT v.
ELLEN HEINE, DEFENDANT–RESPONDENT.

April 2, 2013.

This matter having been opened to the Court on appellant's motion to dismiss based on its amendment of the relevant ordinance to comply with the judgment of the Superior Court, Appellate Division, and appellant's counsel having further represented to the Court that appellant no longer challenges the judgment of the Appellate Division; it is

ORDERED that the appeal is dismissed as moot.

63 A.3d 225

STATE OF NEW JERSEY, PLAINTIFF–APPELLANT, v.
ELLEN HEINE, DEFENDANT—RESPONDENT.

April 2, 2013.

This matter having been opened to the Court on appellant's motion to dismiss based on its amendment of the relevant ordinance to comply with the judgment of the Superior Court, Appellate Division, and appellant's counsel having further represented

to the Court that appellant no longer challenges the judgment of the Appellate Division;  it is

ORDERED that the appeal is dismissed as moot.